# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| | : |
| SCOTT W. FITZGERALD AND REBECCA S. FITZGERALD | : |
| | : |
| DEBTOR(S) | : BANKRUPTCY NO. 07-14703 SR |

# ORDER

**AND NOW,** upon consideration of the Debtors' Second Amended Objection to the Amended Proof of Claim of Keystone Federal Credit Union (#10), and after hearing thereon, it is hereby:

**ORDERED,** that the for the reasons set forth in the attached Opinion, the said Amended Objection shall be and hereby is Dismissed.

By the Court:

*/s/ Stephen Raslavich*

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: <u>July 24, 2008</u>

Counsel for Debtor
VICKI ANN PIONTEK, Esquire
Piontek Law Office
24 West Governor Road
Hershey, PA 17033

Counsel for Keystone Federal Credit Union
RYAN MICHAEL MURPHY, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street
38th Floor
Philadelphia, PA 19102

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich